# U.S. District Court
## Central District of Illinois (Urbana)
### CRIMINAL DOCKET FOR CASE #: 2:96-cr-20015-MMM-ALL
### Internal Use Only

Case title: USA v. Nelson                    Date Filed: 04/10/1996

Assigned to: Judge Michael M. Mihm

## **Defendant**

**Donald E Nelson** (1)
*TERMINATED: 05/05/2004*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841A=CD.F (On or about 6/6/95 distribution of cocaine base (crack) in violation of 21:841(a)(1) CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (1) | Judgment of court, defendant is committed to BOP for a term of 130 months. Upon release from confinement, the defendant is placed on supervised release for a term of 5 years and under special conditions. He is to pay a $50.00 special assessment, a $3,000.00 fine and $2,700.00 in restitution. |

## **Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

## **Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

## **Plaintiff**

**USA**                           represented by **Colin S Bruce**
                                                  US ATTY
                                                  201 South Vine
                                                  Urbana, IL 61801
                                                  217-373-5875

Fax: 217-373-5891
Email: colin.bruce@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth L Collins**
US ATTY
318 S Sixth
Springfield, IL 62701-1806
217-492-4450
Fax: 217-492-4888
Email: beth.collins@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/1996 | 1 | INDICTMENT by USA Colin S Bruce. Counts filed against Donald E Nelson (1) count(s) 1 CASE ORDERED SEALED (JAB, ilcd) (Entered: 04/12/1996) |
| 04/10/1996 | | Docket Modification (Utility Event) sealing case (JAB, ilcd) (Entered: 04/12/1996) |
| 04/10/1996 | | Docket Modification (Utility Event) case originally assigned to Judge Harold A. Baker (JAB, ilcd) (Entered: 07/31/1996) |
| 04/11/1996 | 2 | Arrest Warrant issued for Donald E Nelson by Mag. Judge David G. Bernthal (JAB, ilcd) (Entered: 04/12/1996) |
| 04/25/1996 | 3 | Arrest Warrant returned executed as to Donald E Nelson 4/25/96 (S, ilcd) (Entered: 04/30/1996) |
| 04/25/1996 | | DEFENDANT Donald E Nelson arrested on 4/25/96 (S, ilcd) (Entered: 04/30/1996) |
| 04/25/1996 | | MINUTES: before Mag. Judge David G. Bernthal. Appearance of Colin Bruce, AUSA, for Govt. Oral motion by Government to unseal case; allowed. Case unsealed. Dft Donald E Nelson arraigned; Not guilty plea entered; Attorney John R Kuknyo present. Pretrial conference set for 5/24/96 at 2:30 p.m. before Magistrate Judge David G. Bernthal. Jury selection set for 6/4/96 at 9:00 a.m. and jury trial set for 6/4/96 at 9:00 a.m. before Judge Harold A. Baker. Dft ordered detained & remanded to custody of USM. (cc: all counsel) (S, ilcd) (Entered: 04/30/1996) |
| 04/25/1996 | 4 | APPEARANCE of Attorney for Donald E Nelson by John R. Kukyno. (S, ilcd) (Entered: 04/30/1996) |
| 04/25/1996 | 5 | SCHEDULING ORDER by Mag. Judge David G. Bernthal (cc: all counsel) (S, ilcd) (Entered: 04/30/1996) |
| 04/25/1996 | 6 | ORDER of Detention of Donald E Nelson pending trial by Mag. Judge David G. Bernthal (cc: all counsel). (S, ilcd) (Entered: 04/30/1996) |

| 04/25/1996 | | (JAB, ilcd) (Entered: 05/01/1996) |
|---|---|---|
| 05/22/1996 | | MINUTES: before Chief Judge Michael M. Mihm. Case reassigned to Chief Judge Michael M. Mihm . Pending motions/ pretrial conference previously set 5/24/96 in Urbana is cancelled and change of plea hearing set Friday, 5/24/96 at 1:45 p.m. Parties to appear in person in PEORIA. (cc: all counsel/Prob/USM Peo & Spfd) (CL, ilcd) (Entered: 05/22/1996) |
| 05/23/1996 | 7 | PLEA Agreement as to Donald E Nelson (CL, ilcd) (Entered: 05/24/1996) |
| 05/24/1996 | | MINUTES: before Chief Judge Michael M. Mihm. AUSA Bruce/Atty Ding w/Dft present in person and change of plea held 5/24/96 . Donald E Nelson enters guilty plea to Count 1 . Court accepts plea and JUDGMENT OF CONVICTION IS ENTERED. Jury trial of 6/4/96 and jury selection of 6/4/96 are CANCELLED. Sentencing is set Fri 8/23/96 at 3:00 p.m. in URBANA before Chief Judge Michael M. Mihm. Parties to appear in person. Dft remanded to custody of US Marshal. (cc: all counsel/Prob/USM Peo & Spfd/Crt Rptr) (CL, ilcd) (Entered: 05/24/1996) |
| 08/22/1996 | 8 | POSITION by: U. S. Attorney as to defendant Donald E Nelson regarding Sentencing Factors (JAB, ilcd) (Entered: 08/22/1996) |
| 08/23/1996 | | MINUTES: before Chief Judge Michael M. Mihm. Appearance of Colin Bruce, AUSA, for Govt. Dft appears & with counsel, John Kuknyo. No evidence by Govt. or dft. Recommendations of counsel heard. Sentencing hearing held . Sentencing Donald E Nelson (1) count(s) 1. Judgment of court, defendant is committed to BOP for a term of 130 months. Upon release from confinement, the defendant is placed on supervised release for a term of 5 years and under special conditions. He is to pay a $50.00 special assessment, a $3,000.00 fine and $2,700.00 in restitution. Dft's right to appeal explained. Dft remanded to custody of USM. case terminated (cc: all counsel) (JAB, ilcd) (Entered: 08/26/1996) |
| 08/23/1996 | 9 | JUDGMENT and Commitment Order as to defendant Donald E Nelson by Chief Judge Michael M. Mihm (JAB, ilcd) (Entered: 08/26/1996) |
| 09/05/1996 | 10 | NOTICE of Appeal to Circuit Court by defendant Donald E Nelson [9-1] (cc: all counsel) (JAB, ilcd) (Entered: 09/05/1996) |
| 09/05/1996 | 11 | MOTION for reconsideration of sentence , or in the alternative to vacate & for leave to withdraw his plea by Donald E Nelson (JAB, ilcd) (Entered: 09/05/1996) |
| 09/05/1996 | 12 | SHORT RECORD ON APPEAL sent to USCA (JAB, ilcd) (Entered: 09/05/1996) |
| 09/11/1996 | 13 | Notification by USCA of Appellate Docket Number 96-3212 (JAB, ilcd) (Entered: 09/12/1996) |
| 09/20/1996 | 14 | JUDGMENT and Commitment returned executed 9/12/96 as to Donald E Nelson (1) count(s) 1; dft delivered to FCI, Pekin, IL (JAB, ilcd) (Entered: 09/20/1996) |

| 09/30/1996 | 15 | ORDER from USCA entered 9/25/96 directing counsel to comply with Fed. R. App. P. 10(b). (JAB, ilcd) (Entered: 10/01/1996) |
| 10/04/1996 | 16 | LETTER by defendant Donald E Nelson requesting copies of everything in file (CL, ilcd) (Entered: 10/08/1996) |
| 10/18/1996 | 17 | ORDER from USCA entered 10/16/96 directing counsel to comply with Fed. R. App. P. 10(b) as to transcripts. (JAB, ilcd) (Entered: 10/21/1996) |
| 10/23/1996 | 18 | TRANSCRIPT of Change of Plea hearing held 5/24/96 in Peoria (HK, ilcd) (Entered: 10/23/1996) |
| 10/29/1996 | | MINUTES: before Chief Judge Michael M. Mihm. Government ruled to respond to defendants' Motion to Reconsider the Sentence or to Vacate Judgment within 7 Days from this date. (cc: all counsel) (JAB, ilcd) (Entered: 10/29/1996) |
| 10/29/1996 | 19 | NOTICE by defendant Donald E Nelson of change of address to FCI Pekin, Box 5000, Pekin, IL 61555 (CL, ilcd) (Entered: 10/31/1996) |
| 10/29/1996 | 20 | MOTION for appointment of counsel by Donald E Nelson (CL, ilcd) (Entered: 10/31/1996) |
| 10/29/1996 | 21 | MOTION/APPLICATION for order to proceed in forma pauperis by Donald E Nelson (CL, ilcd) (Entered: 11/04/1996) |
| 11/05/1996 | 22 | RESPONSE by plaintiff USA to motion for reconsideration of sentence [11-1], motion to vacate & for leave to withdraw his plea [11-2] (CL, ilcd) (Entered: 11/06/1996) |
| 11/07/1996 | | MINUTES: before Chief Judge Michael M. Mihm. Court is setting telephone status conference re: motion for order to proceed in forma pauperis [21-1] and motion for reconsideration of sentence [11-1] at 3:00 Tues 11/12/96 by phone. Court to set up call. Clerk to issue writ for Dft Nelson to FCI, Pekin, IL (cc: all counsel/Prob/USM Peo & Spfd/Crt Rptr/Records Dpt at FCI, Pekin) (CL, ilcd) (Entered: 11/07/1996) |
| 11/12/1996 | | MINUTES: before Chief Judge Michael M. Mihm. AUSA Colin Bruse/Atty. Kuknyo w/Dft Nelson present by phone and motion hearing held. Court is granting motion for order to proceed in forma pauperis [21-1], denying motion for reconsideration of sentence [11-1], denying motion to vacate & for leave to withdraw his plea [11-2] as this Court does not have jurisdiction in that case is on appeal. (cc: all counsel/Dft/Prob) (CL, ilcd) (Entered: 11/13/1996) |
| 11/13/1996 | 23 | MOTION for disclosure of wire, oral or electronic interceptions by Donald E Nelson (CL, ilcd) (Entered: 11/15/1996) |
| 11/13/1996 | 24 | MOTION to extend time to prepare for appeal and for appointment of counsel by Donald E Nelson (CL, ilcd) (Entered: 11/15/1996) |
| 11/20/1996 | | MINUTES: before Chief Judge Michael M. Mihm status hearing set Fri 11/22/96 at 10:30 a.m. by phone. Court to set up call. WRIT to issue for appearance of Dft Donald Nelson to FCI. (This appearance has been |

| | | |
|---|---|---|
| | | cleared by counselor at FCI Pekin) (cc: all counsel/Prob/USM Peo & Spfd/Crt Rptr) (CL, ilcd) (Entered: 11/21/1996) |
| 11/21/1996 | 25 | WRIT of Habeas Corpus ad Testificandum issued issued for appearance of Dft by phone for hearing on 11/22/96 at 10:30 a.m. (faxed to John Olds at FCI, Pekin)(orig & 2 cc's to warden FCI, Pekin) (cc: USM Peo & Spfd/Prob/all counsel/Dft Nelson) (CL, ilcd) Modified on 11/21/1996 (Entered: 11/21/1996) |
| 11/22/1996 | | MINUTES: before Chief Judge Michael M. Mihm. AUSA C. Bruce/Dft. Nelson pro se (without counsel) present by phone and status hearing held 11/22/96 . Dft to submit motions to CA7 Court. (cc: all counsel/Dft/) (CL, ilcd) (Entered: 11/25/1996) |
| 11/25/1996 | 26 | ORDER from USCA setting briefing schedule and appointing attorney John R. Kuknyo on behalf of dft for his appeal. USCA #96-3212. (JAB, ilcd) (Entered: 12/02/1996) |
| 01/02/1997 | 27 | ORDER from USCA entered 12/27/96. Attorney John Kuknyo is discharged as counsel for dft and atty John V. Del Gaudio, Jr is appointed to represent dft on appeal. Briefing schedule set. (JAB, ilcd) (Entered: 01/03/1997) |
| 01/06/1997 | 28 | MOTION for order to withdraw record for appeal purposes by atty John V. Del Gaudio, Jr for Donald E Nelson (JAB, ilcd) (Entered: 01/06/1997) |
| 01/06/1997 | 29 | LETTER by defendant Donald E Nelson to Judge Mihm re: restitution/fine (CL, ilcd) (Entered: 01/07/1997) |
| 01/07/1997 | | ENDORSED Order granting motion for order to withdraw record for appeal purposes [28-1] by Judge Harold A. Baker (cc: all counsel) (JAB, ilcd) (Entered: 01/07/1997) |
| 01/22/1997 | | MINUTES: before Chief Judge Michael M. Mihm. On 1/6/97, Nelson submitted a letter which in effect seeks reconsideration of his sentence and fine. As this Court has previously made clear in this case, the Court lacks jurisdiction to consider such requests because the case is on appeal. Any similar requests or motions filed during the pendency of the appeal will not be considered by the Court. (cc: all counsel/Prob) (CL, ilcd) (Entered: 01/22/1997) |
| 03/24/1997 | 30 | PRESENTENCE Report on Donald E Nelson ( original sealed ) (JAB, ilcd) (Entered: 03/24/1997) |
| 03/24/1997 | 31 | SENTENCING recommendation (original sealed) as to defendant Donald E Nelson (JAB, ilcd) (Entered: 03/24/1997) |
| 03/24/1997 | 32 | TRANSCRIPT of Sentencing Hearing held 8/23/96. (JAB, ilcd) (Entered: 03/24/1997) |
| 03/26/1997 | 33 | MOTION for order for transcripts with attachments by Donald E Nelson (CL, ilcd) (Entered: 03/26/1997) |
| 04/07/1997 | | MINUTES: before Chief Judge Michael M. Mihm striking motion for |

| | | order for transcripts [33-1] as the Clerk of Court is directed to forwarded said pleading to the Court of Appeals for ruling. (cc: all counsel/CA7) (HK, ilcd) (Entered: 04/07/1997) |
|---|---|---|
| 04/11/1997 | 34 | ORDER from USCA entered 4/7/97 requesting the District Clerk transmit the Court record on appeal; their #96-3212. (JAB, ilcd) (Entered: 04/11/1997) |
| 04/11/1997 | | REMARK; called attorney John V. Del Gaudio, Jr. and left message on his answering machine that the Clerk's Office needed him to return the court file so that we may send to the Court of Appeals. (JAB, ilcd) (Entered: 04/11/1997) |
| 04/11/1997 | | REMARK as to Donald E Nelson; received telephone call from attorney Del Gaudio advising he had mailed the court file back to the Clerk's Office on April 1, 1997 by regular mail from his office. (JAB, ilcd) (Entered: 04/11/1997) |
| 04/14/1997 | 35 | REMARK as to Donald E Nelson; received original notice from USCA requesting district court mail file and regarding dft's atty's motion for leave to withdraw under Circuit Rule 51(a). Received telephone call frm attorney Del Gaudio advising he had received the court file back from the Post Office for insufficient postage and he was sending the court file to us by overnite delivery. (JAB, ilcd) (Entered: 04/14/1997) |
| 04/15/1997 | | REMARK as to Donald E Nelson; received one volume of pleadings from atty DelGaudio. (JAB, ilcd) (Entered: 04/15/1997) |
| 04/15/1997 | | CLERK'S RECORD on appeal transmitted to USCA; their #96-3212. Mailed to USCA one volume of pleadings, one volume of transcript and Two 'In Camera' pleadings. (JAB, ilcd) (Entered: 04/15/1997) |
| 04/17/1997 | 36 | ORDER from USCA entered 4/11/97 as to motion of USCA'S court's standing orders. See order. (JAB, ilcd) (Entered: 04/18/1997) |
| 07/07/1997 | 38 | ORDER from USCA entered 7/1/97 granting dft's motion to withdraw the appeal. (JAB, ilcd) (Entered: 07/14/1997) |
| 07/10/1997 | 37 | LETTER by defendant Donald E Nelson requesting copy of transcript (cc: Judge Mihm/Crt Rptr) (VB, ilcd) (Entered: 07/10/1997) |
| 07/14/1997 | 39 | ORDER by Chief Judge Michael M. Mihm. On July 10, 1997, the Court received a letter from Donald Nelson in which he requested copies of all transcripts and discovery related to this case in order to prepare a motion to vacate, set aside or correct sentence pursuant to 28:2255. While the Court can authorize the commencement of a suit or other action without prepayment of fees and costs upon receipt of an appropriate application pursuant to 28:1915(a), Nelson does not currently have a suit pending before the court. Accordingly, this Court is unable to grant the relief requested. The Clerk's Office is, however, directed to send the forms necessary to file a motion pursuant to 28:2255 to Nelson along with this Order. (cc: Nelson with blank forms/ all counsel) (VB, ilcd) (Entered: 07/14/1997) |

| 07/24/1997 | 40 | MANDATE from Circuit Court of Appeals dismissing the appeal [10-1] (JAB, ilcd) (Entered: 07/29/1997) |
| --- | --- | --- |
| 07/24/1997 | | RECORD ON APPEAL returned from U.S. Court of Appeals; received one volume of pleadings, one volume of transcript and two 'In Camera' envelopes. (JAB, ilcd) (Entered: 07/29/1997) |
| 09/09/1997 | 41 | LETTER by defendant Donald E Nelson to Court requesting assistance with motion (CL, ilcd) (Entered: 09/09/1997) |
| 09/11/1997 | 42 | LETTER to Mr Nelson from Clerk's office sugessting he contact his CJA counsel Del Gaudio for copies (HK, ilcd) (Entered: 09/11/1997) |
| 09/12/1997 | 43 | LETTER by defendant Donald E Nelson requesting transcripts (CL, ilcd) (Entered: 09/16/1997) |
| 09/17/1997 | 44 | LETTER to Court by defendant Donald E Nelson re: request for discovery documents (CL, ilcd) (Entered: 09/18/1997) |
| 11/17/1997 | 45 | LETTER by defendant Donald E Nelson re: documents mailed to Appeals appt'd counsel (CL, ilcd) (Entered: 11/18/1997) |
| 04/13/1998 | | Docket Modification (Utility Event) finding the motion to extend time to prepare for appeal and for appointment of counsel [24-1] moot, finding the motion for disclosure of wire, oral or electronic interceptions [23-1] moot, finding the motion for appointment of counsel [20-1] moot Dft having been sentenced, appealed and mandate returned. (CL, ilcd) (Entered: 04/13/1998) |
| 07/02/1998 | | PETITION for Writ of Habeas Corpus pursuant to 28:2255 by Donald E Nelson-see 98-1203 for all future pleadings & entries (HK, ilcd) (Entered: 07/07/1998) |
| 07/23/1998 | | REMARK - complete file mailed to the Peoria divisional office. (KC, ilcd) (Entered: 07/24/1998) |
| 09/14/1998 | 46 | LETTER by defendant Donald E Nelson to the Court requesting a copy of his transcript of his sentencing. (JAB, ilcd) (Entered: 09/21/1998) |
| 09/18/1998 | | REMARK; wrote Mr. Nelson to advise the copy of the transcript of his sentencing would be $10.00. (JAB, ilcd) (Entered: 09/21/1998) |
| 09/29/1998 | 47 | LETTER by defendant Donald E Nelson to the court requesting copies of pleadings from his file. Sent Mr. Nelson copy of docket entries for him to circle the pleadings that he would like the court to send to him. (JAB, ilcd) (Entered: 10/23/1998) |
| 11/03/1998 | 48 | LETTER by defendant Donald E Nelson to the Court requesting copies he had listed from the docket entries. (JAB, ilcd) (Entered: 11/16/1998) |
| 11/16/1998 | | REMARK; mailed to dft Nelson copies of pleadings he had circled on his docket sheet. Did not mail copies #'s 42 and 44 as they were not in the court file. Called Clerk's Office, Peoria, IL to see if they had pleadings, and they indicated they did not have them. (JAB, ilcd) (Entered: 11/16/1998) |

| 01/28/1999 | 49 | RECEIPT for Pre-sentence Report as to defendant Donald E Nelson (JAB, ilcd) (Entered: 02/04/1999) |
| 07/26/1999 | 50 | RECEIPT for dft Nelson as to dft taken into custody on 7/21/99. (JAB, ilcd) (Entered: 07/26/1999) |
| 08/09/1999 | 51 | MOTION to reduce prison sentence for post-rehabilitative efforts by Donald E Nelson (HK, ilcd) (Entered: 08/09/1999) |
| 09/29/1999 | 52 | ORDER by Judge Michael M. Mihm denying motion to reduce prison sentence for post-rehabilitative efforts [51-1]. (See order). (cc: Nelson/all counsel) (CL, ilcd) (Entered: 09/29/1999) |
| 09/15/2000 | 53 | LETTER by defendant Donald E Nelson to the Clerk requesting a copy of his Grand Jury Transcript. (JAB, ilcd) (Entered: 09/20/2000) |
| 09/19/2000 | | REMARK; received from the U. S. Clerk's Office, Peoria, IL the Court file for defendant Nelson. (JAB, ilcd) (Entered: 09/20/2000) |
| 09/20/2000 | | REMARK as to Donald E Nelson. Returned to defendant Nelson his form advising the Clerk does not have any transcript to provide him of his Grand Jury testimony. (JAB, ilcd) (Entered: 09/20/2000) |
| 10/12/2000 | 54 | LETTER by defendant Donald E Nelson to the Court requesting copy of indictment and transcript of Grand Jury transcript. (JAB, ilcd) (Entered: 10/25/2000) |
| 10/25/2000 | | REMARK - mailed to the U. S. Clerk's Office in Peoria, IL one volume of pleadings as to dft Nelson re: recent requests of defendant for copies. (JAB, ilcd) (Entered: 10/25/2000) |
| 11/07/2000 | 55 | LETTER by Court to Dft Nelson in response to his letter #54 (CL, ilcd) (Entered: 11/07/2000) |
| 11/08/2000 | | REMARK as to Donald E Nelson. Received from the Clerk's Office in Peoria, Il the Court file. (JAB, ilcd) (Entered: 11/08/2000) |
| 11/27/2000 | 56 | MOTION for production of witness statements by Donald E Nelson (VB, ilcd) (Entered: 11/27/2000) |
| 12/06/2000 | 57 | ORDER by Judge Michael M. Mihm denying motion for production of witness statements [56-1] and motion for production of records/documents and record of the proceeeding of the return of the indictment by grand jury (cc: all counsel) (HK, ilcd) (Entered: 12/06/2000) |
| 12/14/2000 | 58 | MAIL RETURNED as to defendant Donald E Nelson (CL, ilcd) (Entered: 12/15/2000) |
| 12/26/2000 | | REMARK as to Donald E Nelson; mailed copy of order of 12/6/00 to dft at Federal Prison Camp, Marion, IL (JAB, ilcd) (Entered: 12/26/2000) |
| 01/08/2001 | 59 | NOTICE of Appeal to Circuit Court by defendant Donald E Nelson [57-1] (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 01/08/2001) |
| | | |

| 01/08/2001 | 60 | SHORT RECORD ON APPEAL sent to USCA (JAB, ilcd) (Entered: 01/08/2001) |
|---|---|---|
| 01/17/2001 | 61 | Notification by USCA of Appellate Docket Number 01-1077 (JAB, ilcd) (Entered: 01/18/2001) |
| 01/24/2001 | 62 | Pro-se MOTION for leave to appeal in forma pauperis by Donald E Nelson (JAB, ilcd) (Entered: 01/25/2001) |
| 01/25/2001 | | REMARK - mailed the Court file to the Clerk's Office, Peoria, IL (JAB, ilcd) (Entered: 01/25/2001) |
| 02/12/2001 | 63 | LETTER by defendant Donald E Nelson dated 2/8/01 (HK, ilcd) (Entered: 02/14/2001) |
| 03/02/2001 | 64 | ORDER by Judge Michael M. Mihm denying motion for leave to appeal in forma pauperis [62-1] (cc: all counsel) (HK, ilcd) (Entered: 03/05/2001) |
| 03/09/2001 | | REMARK as to Donald E Nelson-entire file received from the Peoria Divisional Office (VB, ilcd) (Entered: 03/09/2001) |
| 03/12/2001 | 65 | ORDER from USCA. This crt's records indicate that on 3/2/01 the District Crt denied your motion to proceed in forma pauperis. Pursuant to FRAP 24(a), WITHIN THE NEXT 30 DAYS YOU MUST EITHER 1) pay the required $100.00 docketing fee PLUS the $5.00 filing fee to the Districrt Crt Clerk. 2) file a motion to proceed in forma pauperis with the Crt of Appeals. If one of the above actions is not taken within 30 days, your case will be dismissed, pursuant to Circuit Rule 3(b). (S, ilcd) (Entered: 03/12/2001) |
| 03/26/2001 | 66 | MANDATE from Circuit Court of Appeals dismissing the appeal [59-1] (No record to be returned) (JAB, ilcd) (Entered: 03/26/2001) |
| 03/04/2002 | 67 | LETTER to the Court by defendant Donald E Nelson re recommendation of remainder of sentence. (JAB, ilcd) (Entered: 03/05/2002) |
| 05/07/2002 | | ARCHIVES FILE sent to FRC, Chicago on 3/6/02, Accession No. 021 02 0030 Box No. 5 of 18 Location 875689 875706 (KW, ilcd) (Entered: 05/07/2002) |
| 09/25/2002 | 68 | Pro-se MOTION for correction or reduction of sentence pursuant to Rule 35(a) by Donald E Nelson (cc: AUSA/USPO) (JAB, ilcd) (Entered: 09/25/2002) |
| 09/25/2002 | 69 | Pro-se NOTICE of Motion by defendant Donald E Nelson (JAB, ilcd) (Entered: 09/25/2002) |
| 10/21/2002 | 70 | ORDER by Judge Michael M. Mihm denying motion for correction or reduction of sentence pursuant to Rule 35(a) [68-1] (cc: all counsel/USPO/USMS/dft Nelson) (JAB, ilcd) (Entered: 10/21/2002) |
| 05/05/2003 | 71 | MOTION to dismiss indictment with prejudice because it violated the grand jury clause of the Federal Consitution's Fifth Amendment by Donald E Nelson (CL, ilcd) (Entered: 05/05/2003) |

| 05/05/2003 | 72 | MOTION for order to incorporate additional case authorities in support of motion to dismiss indictment with prejudice by Donald E Nelson (CL, ilcd) (Entered: 05/05/2003) |
| 05/05/2003 | 73 | AMENDED MOTION to dismiss instant indictment because it violated the grand jury clause of the Federal Constitution's Fifth Amendment, and District Court was without proper jurisdiction pursuant to 18:3231 to Try, Convict, or Sentence by Donald E Nelson (CL, ilcd) (Entered: 05/05/2003) |
| 05/06/2003 | 74 | ORDER by Judge Michael M. Mihm denying motion to dismiss instant indictment [73-1], denying motion for order to incorporate additional case authorities [72-1], denying motion to dismiss indictment with prejudice [71-1]. (cc: all counsel/Nelson) (CL, ilcd) (Entered: 05/06/2003) |
| 07/10/2003 | 75 | MOTION for order to interrupt sentence for interim of Five Days Temporary from the Marion Prison Camp by Donald E Nelson (cc: AUSA/USPO) (JAB, ilcd) (Entered: 07/10/2003) |
| 07/10/2003 | 76 | AFFIDAVIT of Donald E. Nelson in support of Motion to Interrupt Defendant Nelson's sentence for interim of Five (5) Days re [75-1] (cc: AUSA/USPO) (JAB, ilcd) (Entered: 07/10/2003) |
| 09/11/2003 | 77 | MOTION for order for downward departure prursuant to Rule 35 by Donald E Nelson (CL, ilcd) (Entered: 09/12/2003) |
| 09/18/2003 | | MINUTES:before Judge Michael M. Mihm. Govt directed to respond to Defendant Nelson's motion for downward departure pursuant to Rule 35 within 21 days or by 10/9/03. (cc: all counsel/US Mar/Prob) (HK, ilcd) (Entered: 09/18/2003) |
| 10/01/2003 | 78 | RESPONSE by plaintiff USA to Defendant's Pro Se Motion for Downward Departure [77-1] (CL, ilcd) (Entered: 10/01/2003) |
| 10/03/2003 | | MINUTES: before Judge Michael M. Mihm denying motion for order for downward departure pursuant to Rule 35 [77-1]. (cc: all counsel/Dft Nelson/Prob) (CL, ilcd) Modified on 10/06/2003 (Entered: 10/03/2003) |
| 10/23/2003 | 79 | NOTICE by defendant Donald E Nelson of change of address as of 8/26/03 to Knox County Jail (HK, ilcd) (Entered: 10/23/2003) |
| 11/03/2003 | 80 | MAIL RETURNED addressed to defendant Donald E Nelson from the 10/3/03 minute entry-(can not read reason it was returned) (HK, ilcd) (Entered: 11/03/2003) |
| 12/03/2003 | 81 | MAIL RETURNED as to defendant Donald E Nelson, addressed to John Kuknyo being minute entry of 10/3/03 (CL, ilcd) (Entered: 12/04/2003) |
| 12/03/2003 | 82 | MAIL RETURNED as to defendant Donald E Nelson, aaddressed to John Kuknyo, being minute entry of 9/18/03 (CL, ilcd) (Entered: 12/04/2003) |
| 04/29/2004 | 83 | LETTER by defendant Donald E Nelson regarding fine and restitution |

| | | balances (cc: AUSA/FLU/USPO) (KM, ilcd) (Entered: 04/29/2004) |
|---|---|---|
| 05/03/2004 | 84 | LETTER by defendant Donald E Nelson to Court requesting copies of documents. (KM, ilcd) (Entered: 05/04/2004) |
| 05/06/2004 | 85 | LETTER to Donald Nelson from Financial Litigation Unit regarding fine and restitution balances due. (KM, ilcd) (Entered: 05/07/2004) |
| 06/08/2004 | | Docket Modification (Utility Event) finding the habeas corpus petition [0-1] moot. (PR, ilcd) (Entered: 06/08/2004) |
| 08/30/2004 | ❶86 | NOTICE filed as tender of payment in full by Donald E Nelson (VB, ilcd) (Entered: 08/31/2004) |
| 08/30/2004 | ❶87 | NOTICE filed as Accommodation Discharging Bond by Donald E Nelson (VB, ilcd) (Entered: 08/31/2004) |
| 09/07/2004 | ❶88 | Response by USA as to Donald E Nelson re [86] Notice (Other) *Response to Defendant's Tender of Payment in Full* (Collins, Elizabeth) (Entered: 09/07/2004) |
| 09/07/2004 | ❶89 | Response by USA as to Donald E Nelson re [87] Notice (Other) *Response to Defendant's Accommodation Discharging Bond* (Collins, Elizabeth) (Entered: 09/07/2004) |
| 09/09/2004 | ❶ | TEXT ORDER as to Donald E Nelson. On August 30, 2004 the Court received two documents from the Defendant: a "Tender of Payment in Full" and an "Accommodation Discharging Bond." The government responds that the Defendant's tender of payment is invalid and that his fine and restitution are not discharged. The Court finds that the Defendant's obligations under his sentence have not been discharged and the documents are filed without merit. Entered by Judge Michael M. Mihm on 9/9/04. (GB, ilcd) (Entered: 09/09/2004) |
| 09/15/2004 | ❶90 | NOTICE OF DISHONOR by dft Donald E Nelson (SKD, ilcd) (Entered: 09/15/2004) |
| 09/27/2004 | ❶91 | NOTICE OF ATTORNEY APPEARANCE Elizabeth L Collins appearing for USA. (Collins, Elizabeth) (Entered: 09/27/2004) |
| 12/07/2004 | ❶92 | Letter from Donald Eugene Nelson requesting copy of motion e-filed on Monday, 9/27/04. (VB, ilcd) (Entered: 12/07/2004) |
| 12/08/2004 | ❶93 | Letter from Clerk to Donald Eugene Nelson in response to Letter dated December 5,2004. (VB, ilcd) (Entered: 12/08/2004) |



# FILED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**DANVILLE/URBANA DIVISION**

APR 1 0 1996

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
    Plaintiff, )   Case No. CR96-200 _/5_
)
vs. )   VIOLATION:
)
DONALD E. NELSON, a/k/a )   Title 21, United States Code,
SONNY NELSON, )   Section 841(a)(1)
)
    Defendant. )

## INDICTMENT

### COUNT 1

THE GRAND JURY CHARGES:

On or about June 6, 1995, in Champaign County, Illinois, in the Central District of Illinois, the defendant,

DONALD E. NELSON, a/k/a SONNY NELSON,

knowingly and intentionally distributed approximately 27.3 grams of a mixture or substance containing cocaine base ("crack"), a Schedule II controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL.

s/Foreperson
Foreperson

s/Frances C. Hulin
FRANCES C. HULIN
United States Attorney

CSB



AO 245B (Rev. 3/95) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Central District of Illinois

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **DONALD E. NELSON** | Case Number: 2:96CR20015-001 |

John R. Kuknyo
Defendant's Attorney

**FILED**

### THE DEFENDANT:

☒ pleaded guilty to count(s)   I

AUG 2 3 1996

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

☐ was found guilty on count(s)
after a plea of not guilty.

| **Title & Section** | **Nature of Offense** | **Date Offense Concluded** | **Count Number(s)** |
|---|---|---|---|
| 21 U.S.C. § 841 (a)(1) | Distribution of Cocaine Base | 06/01/1996 | I |

The defendant is sentenced as provided in pages 2 through  6  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| Defendant's Soc. Sec. No.: | -9185 | 08/23/1996 |
|---|---|---|
| Defendant's Date of Birth: | '1950 | Date of Imposition of Judgment |
| Defendant's USM No.: | 10785-026 | |
| Defendant's Residence Address: | | |

1211 Redwood Drive

s/Michael H. Mihm
Signature of Judicial Officer

| Champaign | fL | 61821 |

**MICHAEL M. MIHM**

**CHIEF U. S. DISTRICT JUDGE**

Name & Title of Judicial Officer

Defendant's Mailing Address:

1211 Redwood Drive

August 23, 1996
Date

| Champaign | IL | 61821 |



AO 245B (Rev. 3/95) Sheet 2 - Imprisonment

Judgment-Page __2__ of __6__

**DEFENDANT:**     **DONALD E. NELSON**
**CASE NUMBER:**     **2:96CR20015-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___130___ __month(s)__ .

☐   The court makes the following recommendations to the Bureau of Prisons:

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐     at _____ a.m./p.m.   on _____ .

☐     as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons: - --- ---

☐     before 2 p.m. on _____ .

☐     as notified by the United States Marshal.

☐     as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ _____ to _____ _____ _____

at _____ _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B (Rev. 3/95) Sheet 3 - Supervised Release

Judgment-Page _____3_____ of _____6_____

**DEFENDANT:**      **DONALD E. NELSON**
**CASE NUMBER:**    **2:96CR20015-001**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of ____5____ year(s) .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below) . The defendant shall also comply with the additional conditions on the attached page (if indicated below).

**See Special Conditions of Supervision - Sheet    3.01**

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 3/96) Sheet 3 - Supervised Release

**DEFENDANT:**       **DONALD E. NELSON**

**CASE NUMBER:**    **2:96CR20015-001**

## SPECIAL CONDITIONS OF SUPERVISION

1) You shall not incur any new debts or open any additional lines of credit in excess of $200 without prior approval of the probation officer.

2) You shall provide the probation officer access to any requested financial information including both your business and personal income tax returns.

3) You shall, at the direction of the probation officer, participate in a program for substance abuse treatment/counseling including testing to determine whether you have used controlled substances and/or alcohol. During the entire term of supervision, you will abstain from the use of alcohol, all other legally obtainable intoxicants, and all mood-altering substances unless prescribed by a physician. You shall pay for these services as directed by the probation officer.

AO 245B (Rev. 3/99) Sheet 5, Part A - Criminal Monetary Penalties

Judgment-Page __4__ of __6__

DEFENDANT:     DONALD E. NELSON

CASE NUMBER:   2:96CR20015-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $    50.00 | $    3,000.00 | $    2,700.00 |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . . .    $ _____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _____3,000.00_ .

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived.

☐ The interest requirement is modified as follows:

## RESTITUTION

☐ The determination of restitution is deferred in a case brought under Chapters 109A, 110, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until _____ . An Amended Judgment in a Criminal Case will be entered after such determination.

☒ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | ** Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Illinois State Police Task Force X | $2,700.00 | $2,700.00 | |

|  | Totals: | $ ____2,700.00 | $ ____2,700.00 |
|---|---|---|---|

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.

AO 245B (Rev. 3/95) Sheet 5, Part B - Criminal Monetary Penalties

Judgment-Page __5__ of __6__

DEFENDANT:    **DONALD E. NELSON**

CASE NUMBER:    **2:96CR20015-001**

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A ☐ in full immediately; or

B ☒ $ ___50.00___ immediately, balance due (in accordance with C, D, or E); or

C ☐ not later than _____; or

D ☐ in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E ☒ in ___monthly___ (e.g. equal, weekly, monthly, quarterly) installments of $ ___60.00___ over a period of ___48___ month(s) to commence ___30___ day(s) after the date of this judgment.

The National Fine Center will credit the defendant for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

**Restitution shall be paid in equal monthly installments of $60.00 with a payment due within 30 days of your release from imprisonment and each month thereafter until paid. Said restitution to be paid in full during the first 48 months of supervision.**

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the United States Courts National Fine Center, Administrative Office of the United States Courts, Washington, DC 20544, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program. If the National Fine Center is not operating in this district, all criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.

AO 245B (Rev. 3/96) Sheet 6 - Statement of Reasons

Judgment-Page __6__ of __6__

**DEFENDANT:**  **DONALD E. NELSON**

**CASE NUMBER:**  **2:96CR20015-001**

# STATEMENT OF REASONS

☒  The court adopts the factual findings and guideline application in the presentence report.

## OR

☐  The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the Court:**

Total Offense Level: ____29___

Criminal History Category: ____VI___

Imprisonment Range: ___151___ to ___188___ months

Supervised Release Range: ____4___ to ___5___ years

Fine Range: $ ___15,000.00___ to $ ___2,000,000.00___

☐  Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution: $ ____0.00___

☐  Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

☐  For offenses that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

☐  Partial restitution is ordered for the following reason(s):

☐  The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

## OR

☐  The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

## OR

☒  The sentence departs from the guideline range:

☒  upon motion of the government, as a result of defendant's substantial assistance.

☐  for the following specific reason(s):

## ADDENDUM TO THE PRESENTENCE REPORT

### UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS
### UNITED STATES V. DONALD E. NELSON, DKT. NO. 96-20015-001

#### OBJECTIONS

#### By the Government:

On August 5, 1996, Assistant U.S. Attorney Colin S. Bruce advised
that he had no objections to the presentence report.

#### By the Defendant:

As of August 6, 1996, defense attorney John R. Kuknyo had neither
identified any objections to the presentence report, nor responded
to this officer's telephone message regarding potential objections
to the report.

Respectfully submitted,

s/Vincent Kistner

Vincent P. Kistner
U.S. Probation Officer

Approved:

s/Gary Russell

Gary W. Russell
Senior U.S. Probation Officer and
Sentencing & Guideline Specialist

VPK:kjb

Date:  August 5, 1996

The Court adopts the above-listed findings on *August 23 1996.*
1996.

s/Michael M. Mihm
Honorable Michael M. Mihm
Chief U.S. District Judge

20

## ADDENDUM II TO THE PRESENTENCE REPORT

### UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS
### UNITED STATES V. DONALD E. NELSON, DKT. NO. 96-20015-001

The following objection was raised by the defendant and ruled on by the Court at the August 23, 1996, sentencing hearing.

I.   **Objection #1 (Page 7 and 8, Paragraph 36):**

   A.   The defendant asserted that while he was initially charged with Unlawful Possession of Weapon by Felon, he pleaded guilty to a lesser charge.

   B.   The Government did not contest this information.

   C.   The probation officer reviewed certified court documents provided by the Tazewell County Circuit Clerk, Pekin, Illinois, and determined that, on August 16, 1989, the defendant actually pleaded guilty to an amended information charging him with Obstructing Justice. He was sentenced to one year custody of the Illinois Department of Corrections as reflected in the presentence report.

### Court's Findings

A.   ☑ Court adopts probation officer's position.

B.   ☐ Court adopts Government's position.

C.   ☒ Court adopts defendant's position.

21

**NELSON, Donald E.**

D.  ☐  Other: _____

_____

_____

Respectfully submitted,

s/Vincent Kistner

Vincent P. Kistner
U.S. Probation Officer

Approved:

s/Gary Russell
Gary W. Russell          8/23/96
Senior U.S. Probation Officer
Sentencing & Guidelines Specialist

VPK:kjb

The Court adopts the above-listed findings on *august 23 1996*
1996.

s/Michael M. Mihm
Honorable Michael M. Mihm
Chief U.S. District Judge

22